United States District Court
Southern District of Texas

**ENTERED**

July 07, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUNIOR RENE GUITY MARTINEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-00721 |
| v. | § | |
| | § | |
| WARDEN, Montgomery Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

## **ORDER**

The petitioner, Junior Rene Guity Martinez, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention.  (Dkt. No. 1).  The government filed an Advisory on April 8, 2026, stating that "they planned to remove Petitioner from the Southern District of Texas to Honduras contingent upon a negative reasonable fear finding" and that "[o]n April 6, 2026, an immigration judge entered a negative reasonable fear determination."  (Dkt. No. 9).   The government further stated that "Respondents hereby again advise the Court that they anticipate and plan to transport Petitioner outside of the Southern District of Texas after five days of the date of this advisory, specifically, to remove him to Honduras."  (*Id.*).  Review of ICE's *Online Detainee Locator System* appears to indicate that the petitioner is not currently in ICE custody and may have been removed from the United States.[1]

---

[1] The location of a detainee in ICE custody may be found  by searching for the detainee by the detainee's A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited July 2, 2026).

2

**Within five (5) days of the date of this Order**, the petitioner's counsel must provide the Court with a status update stating whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner has been removed from the United States.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on July 6, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge